**Opinion filed April 9, 2015**



## In The

# Eleventh Court of Appeals

_____

## No. 11-14-00306-CV

_____

## ABILENE REGIONAL MEDICAL CENTER, Appellant

## V.

## STEPHANIE WILSON, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 25879-B**

### MEMORANDUM OPINION

Appellant, Abilene Regional Medical Center, has filed in this court a motion to dismiss this appeal. Appellant states that "Plaintiff-Appellee has Non-suited its case against Hospital Appellant in the underlying matter" and that, as a result, Appellant wishes to dismiss its appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed.

April 9, 2015                                                  PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.